## MAXIMO ARSOLA v. THE STATE.

No. 16865. Delivered June 20, 1934.

The opinion states the case.

*C. Burtt Potter,* of Aransas Pass, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin for the State.

LATTIMORE, JUDGE.—Conviction for assault to murder; punishment, four years in the penitentiary.

Appellant made a motion to quash the indictment, which seems to have been properly overruled. Also a motion for continuance, the refusal of which is not here complained of by any

bill of exceptions, and for that reason nothing in the court's action is made to appear erroneous.

The facts seem ample to support the judgment. A number of witnesses testified that they were present when appellant cut the alleged injured party with a knife. Some testimony was to the contrary. The jury have settled the conflict of evidence against appellant.

In the sentence appellant was committed to the penitentiary for a period of four years. The indeterminate sentence law of this State was overlooked. The sentence will be reformed, and appellant will be sentenced to confinement in the penitentiary for a period of not less than one and not more than four years, and as reformed the judgment will be affirmed.

*Affirmed.*